# Exhibit "B"

Exhibit "B"

Electronically Filed
03/13/2015 04:44:10 PM

CLERK OF THE COURT

1  **COMP**
2  RICHARD HARRIS, ESQ.,
   Nevada Bar No: 505
3  A. J. SHARP, ESQ.,
   Nevada Bar No. 11457
4  RICHARD HARRIS LAW FIRM
5  801 South Fourth St.
   Las Vegas, NV 89101
6  Tel: 702-444-4444
7  Fax: 702-444-4455
8  Email: aj@richardharrislaw.com
   Attorney for Plaintiff
9

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| SANDRA FORREST, | CASE NO: A-15-715264-C |
|  | DEPT. NO: XXVIII |
| Plaintiff, | |
| vs. | |
| COSTCO WHOLESALE CORPORATION, a Foreign Corporation; DOES 1-10 and ROE BUSINESS ENTITIES 1-10, inclusive | |
| Defendants. | |

## COMPLAINT

COMES NOW, Plaintiff, SANDRA FORREST, by and through her attorney, A. J. SHARP, ESQ., of RICHARD HARRIS LAW FIRM, and for her causes of action, complains of Defendants, and each of them, as follows:

### GENERAL ALLEGATIONS

1. That Plaintiff, SANDRA FORREST, (hereinafter "Plaintiff") is and at all times mentioned herein, was a resident and citizen of the State of Nevada.

2. That Defendant, COSTCO WHOLESALE CORPORATION ("COSTCO") is,

1

and at all times mentioned herein was, a foreign corporation formed under the laws of the State of Washington, duly authorized to do business, and doing business, in Clark County, Nevada.

3. That the true names or capacities, whether individual, corporate, associate or otherwise, of Defendants DOES 1-10 and ROE BUSINESS ENTITIES 1-10 are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names; Plaintiff is informed and believes and thereon alleges that each of the Defendants designated herein as DOE and ROE BUSINESS ENTITIES are responsible in some manner for the events and happenings referred to and caused damages proximately to Plaintiff as herein alleged, and that Plaintiff will ask leave of this Court to amend this complaint, to insert the true names and capacities of DOE 1-10 and ROE BUSINESS ENTITITES 1-10, when the same have been ascertained and to join such Defendants in this action.

4. That at all times pertinent, Defendants were agents, servants, employees or joint venturers of every other Defendant herein, and at all times mentioned herein were acting within the scope and course of said agency, employment, or joint venture, with knowledge and permission and consent of all other named Defendants.

5. The true names and capacities whether individual, corporate, associate, partnership or otherwise of the Defendants herein designated as ROE ENTITIES 1-10, inclusive, are unknown to the Plaintiff who therefore sues said Defendants by such fictitious names. Plaintiff is informed and believes,

and thereupon alleges, that ROE ENTITIES 1-10 designed, manufactured, distributed, sold, installed, owned, operated, managed, controlled, maintained the floor at the day and time of the subject incident, and that each of the ROE Defendants are legally responsible for the damages suffered by Plaintiff as herein alleged due to their negligence. Plaintiff further alleges that ROE ENTITIES 1-10 were negligent in relation to the hiring, training, supervision, maintenance and retention of their employees, as well as the operation and management of those companies and/or persons working on the subject project at the date and time of the incident. Plaintiff further alleges that ROE ENTITIES 1-10 are each liable under an agency theory as the principal of the tortfeasor who was acting within the course, scope and authority of the agency relationship.

## CAUSE OF ACTION – NEGLIGENCE
### (against all Defendants)

6. Plaintiff repeats and realleges the allegations in Paragraphs 1-5 above as though fully set forth herein.

7. On or about June 28, 2014, Plaintiff SANDRA FORREST was walking at COSTCO's premises, located at 801 South Pavilion Center Drive, Las Vegas, Nevada, when she was caused to fall and suffer injuries due to Defendants' negligently maintained premises.

8. That at all times relevant, the Defendants, and each of them, were the independent contractors, joint ventures, partners, servants, officers, agents, and employees of COSTCO and/or all other Defendants, and were acting within the scope and performance of said relationship.

3

9. At all times mentioned, the DOE and ROE Defendants were the designers, manufacturers, installers, and maintainers, owners, managers, inspectors, supervisors and controllers of the premises and common areas at 801 South Pavilion Center Drive, Las Vegas, Nevada.

10. That Defendants and each of them failed to exercise due care to protect Plaintiff SANDRA FORREST from harm.

11. That as a proximate and actual result of Defendants' negligence, Plaintiff sustained substantial bodily injuries and emotional distress. All of said injuries have caused and will continue to cause Plaintiff great mental and physical pain and suffering, all to her general damage in an amount in excess of TEN THOUSAND ($10,000.00) DOLLARS.

12. That as a proximate result of Defendants' negligence, Plaintiff has been required to expend money and incur obligations, and will continue to do so for services and items reasonably required in the treatment and relief of the injuries herein alleged, all to her special damages in an amount according to proof at trial.

13. That as a proximate result of Defendants' negligence, Plaintiff SANDRA FORREST was prevented from attending to her usual occupation or limited, and thereby has past and future loss of earnings and earning capacity all to her special damage in an amount according to proof at trial.

14. That it has become necessary for Plaintiff to retain the services of an attorney to prosecute this action and Plaintiff is entitled to an award of reasonable attorney's fees.

4

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants and each of them, as follows:

1. For Plaintiff's general damages in an amount in excess of $10,000.00;

2. For health care expense and other special damages in an amount according to proof at trial;

3. For Plaintiff's past and future lost wages and loss of earning capacity in an amount according to proof at trial;

4. For attorney's fees and costs of suit incurred herein; and

5. For such other and further relief this Court may deem just and proper.

DATED this 10th day of March 2015.

RICHARD HARRIS LAW FIRM

RICHARD HARRIS, ESQ.
Nevada Bar No. 505
A. J. SHARP, ESQ.
Nevada Bar No. 11457
RICHARD HARRIS LAW FIRM
801 South Fourth Street
Las Vegas, Nevada 89101
(702) 444-4444
Attorneys for Plaintiff

5

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants and each of them, as follows:

1. For Plaintiff's general damages in an amount in excess of $10,000.00;

2. For health care expense and other special damages in an amount according to proof at trial;

3. For Plaintiff's past and future lost wages and loss of earning capacity in an amount according to proof at trial;

4. For attorney's fees and costs of suit incurred herein; and

5. For such other and further relief this Court may deem just and proper.

DATED this 10th day of March 2015.

RICHARD HARRIS LAW FIRM

RICHARD HARRIS, ESQ.
Nevada Bar No. 505
A. J. SHARP, ESQ.
Nevada Bar No. 11457
RICHARD HARRIS LAW FIRM
801 South Fourth Street
Las Vegas, Nevada 89101
(702) 444-4444
Attorneys for Plaintiff