UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA FORREST, an individual, | CASE NO.: 2:15-cv-00843-RFB-CHW |
| Plaintiff, | **NOTICE OF APPEAL** |
| vs. | |
| COSTCO WHOLESALE CORPORATION, a Foreign Corporation, | |
| Defendant. | |

PLEASE TAKE NOTICE that plaintiff SANDRA FORREST hereby appeals to the United States Court of Appeals for the Ninth Circuit from the September 26, 2016, Order (ECF No. 26) granting summary judgment to defendant COSTCO WHOLESALE CORPORATION

//
//
//
//
//
/

1

and from the September 28, 2017, Order (ECF No. 32) denying the plaintiff's Motion For Reconsideration of that granting of summary judgment.

DATED THIS 25th day of October, 2017.

**RICHARD HARRIS LAW FIRM**

/s/ A. J. Sharp

DAVID J. MARTIN, ESQ.
Nevada Bar No. 9117
A. J. SHARP, ESQ.
Nevada Bar No. 11457
801 South Fourth Street
Las Vegas, NV 89101
*Attorneys for Plaintiff/Appellant*
*Sandra Forrest*

2

**REPRESENTATION STATEMENT PER CR 3-2**

Counsel For Plaintiff/Appellant SANDRA FORREST:

David J. Martin, Esq.
A. J. Sharp, Esq.
RICHARD HARRIS LAW FIRM
801 South Fourth Street
Las Vegas, NV 89101
Telephone: (702) 444-4444


Counsel For Defendant/Appellee COSTCO WHOLESALE CORPORATION:

Kym S. Cushing, Esq.
Douglas M. Rowan, Esq.
Virginia T. Tomova, Esq.
WILSON, ELSER, MOSKOWITZ EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
Telephone: (702) 727-1400

# **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 25th day of October, 2017, I served a copy of the foregoing, **NOTICE OF APPEAL**, by the CM/ECF electronic filing system for the United States Court of Appeals for the Ninth Circuit, to the following:

Kym S. Cushing, Esq.
Douglas M. Rowan, Esq.
Virginia T. Tomova, Esq.
**WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101

*Attorneys for Defendant/Appellee*
*COSTCO WHOLESALE CORPORATION*

/s/ A. J. Sharp
An employee of RICHARD HARRIS LAW FIRM

4