FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 08 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| SANDRA FORREST, | No. 17-17189 |
|---|---|
| Plaintiff-Appellant, | D.C. No. 2:15-cv-00843-RFB-CWH |
| v. | District of Nevada, Las Vegas |
| COSTCO WHOLESALE CORPORATION, | |
| Defendant-Appellee. | ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 13), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and fees on appeal.

All pending motions are denied as moot.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

Sasha M. Cummings
Circuit Mediator

SMC/Mediation